IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF DISBARMENT OF CHARLES M. POLLOCK, BAR NO. 9450. | No. 71517 |

FILED

NOV 10 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF DISBARMENT*

The State Bar of Nevada has filed, under SCR 112, a petition for attorney Charles M. Pollock's disbarment by consent.[1] The petition is supported by Pollock's affidavit, stating that he freely and voluntarily consents to disbarment, after having had the opportunity to consult with counsel. Pollock acknowledges in the affidavit that he has been convicted of felony offenses in federal district court in California and Nevada state court. Pollock admits that he could not successfully defend against a disciplinary complaint.

SCR 112 provides that an attorney who is the subject of a proceeding involving allegations of misconduct may consent to disbarment by delivering an affidavit to bar counsel, who must file it with this court. Pollock's affidavit meets the requirements of SCR 112(1), and we conclude

---

[1]We note that SCR 112(2) requires that the petition be approved by "the appropriate disciplinary board chair." Although the petition filed in this matter does not indicate that it was so approved, it otherwise complies with SCR 112.

16-35190

that the petition should be granted. Accordingly, Pollock is disbarred. The provisions of SCR 115 and SCR 121.1 governing notice and publication of orders of disbarment shall apply to this order.

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

cc:    Chair, Southern Nevada Disciplinary Board
       C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
       Charles M. Pollock
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Perry Thompson, Admissions Office, U.S. Supreme Court